IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH (404) 987-2599 THAT IS STORED AT PREMISES CONTROLLED BY VERIZON WIRELESS | No. 17-MJ-1152 |

**ORDER**

Upon motion of the United States to unseal the documents filed in this case, it is ORDERED that the documents filed in this case are hereby unsealed.

It is so ORDERED this _____ day of December, 2017.

Barbara D. Holmes
United States Magistrate Judge